# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:11-MJ-188-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| (1) LUIS MENDEZ ) | |
| (2) ISMAEL MENDOZA ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the motion of the United States of America to dismiss the UFAP Complaint against, and to quash the warrants for the arrests of, Defendants (1) Luis Mendez and (2) Ismael Mendoza, because the Defendants have been arrested based upon North Carolina state arrest warrants for the alleged murders.

It is hereby ordered that the motion be **GRANTED** and the Complaint be dismissed and the arrest warrants be quashed.

**SO ORDERED**.

Signed: April 7, 2011

David C. Keesler
United States Magistrate Judge